# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-40518

D.C. Docket No. 1:14-CR-443-2

United States Court of Appeals
Fifth Circuit
**FILED**
April 12, 2017
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
FILED
MAY 0 4 2017
David J. Bradley, Clerk

UNITED STATES OF AMERICA,

 Plaintiff - Appellee

v.

CRYSTAL YVETTE MARTINEZ,

 Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

Before STEWART, Chief Judge, and JONES and OWEN, Circuit Judges.

## JUDGMENT

 This cause was considered on the record on appeal and was argued by counsel.

 It is ordered and adjudged that the judgment of the District Court is affirmed.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 04, 2017

Mr. David J. Bradley
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

    **No. 16-40518    USA v. Crystal Martinez**
                      USDC No. 1:14-CR-443-2

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Sabrina B. Short, Deputy Clerk
                                  504-310-7817

cc:
    Ms. Carmen Castillo Mitchell
    Mr. Joseph Moreno
    Ms. Eileen K. Wilson